USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEVE S. KIM, :
                      Plaintiff, :
                                                          :
       -against- :
                                                          :       24-CV-1167 (VEC)
                                                          :
HARLEYSVILLE INSURANCE COMPANY OF :       ORDER
NEW YORK A/K/A NATIONWIDE
INSURANCE & NATIONWIDE INSURANCE, :
                                                          :
                      Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 27, 2024, the Court ordered the Clerk of Court to transfer this case to the Eastern District of New York, Dkt. 8;

       WHEREAS on March 5, 2024, this case was transferred from the Southern District of New York to the Eastern District of New York.

       WHEREAS on April 8, 2024, Plaintiff filed an affirmation of service on the docket for the closed case in the Southern District of New York, Dkt. 9.

       IT IS HEREBY ORDERED that Plaintiff cease filing anything further on the docket under this case number, as the case is closed and has been transferred to the Eastern District of New York.

**SO ORDERED.**

Date: April 9, 2024                                                 _____
      New York, New York                                          **VALERIE CAPRONI**
                                                                                  **United States District Judge**